No. 03–427. WOODFORD, WARDEN v. ROHAN EX REL. GATES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–440. CRIST, ATTORNEY GENERAL OF FLORIDA v. HART. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–901. BLACKMAN v. CITY OF DALLAS, TEXAS, *ante*, p. 810;

No. 02–1576. NIGRO v. FEDERAL LABOR RELATIONS AUTHORITY, *ante*, p. 812;

No. 02–1613. HOLBROOK v. ALLIED VAN LINES, INC., *ante*, p. 813;

No. 02–1648. KEITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 815;

No. 02–1679. BARKER v. MANCOR CAROLINA, INC., *ante*, p. 816;

No. 02–1739. YOUNG v. UNITED STATES, *ante*, p. 819;

No. 02–1760. PRICER, ET AL. v. BUTLER ET UX., *ante*, p. 820;

No. 02–1774. IN RE RIGGS ET AL., *ante*, p. 810;

No. 02–1786. ROBINSON v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 821;

No. 02–1797. INDIAN CREEK CORP. ET AL. v. IOWA EX REL. IOWA DEPARTMENT OF NATURAL RESOURCES, *ante*, p. 822;

*No. 02–1804.* MEADE v. MILLER, SUCCESSOR PERSONAL REPRESENTATIVE OF THE ESTATE OF MEADE, DECEASED, ET AL., *ante*, p. 822;

No. 02–1839. BOWERSOCK v. BOWERSOCK, *ante*, p. 824;

No. 02–9438. SELVERA v. FRIO COUNTY, TEXAS, *ante*, p. 826;

No. 02–9868. MOORE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 827;

No. 02–10499. MCBURROWS v. PENNSYLVANIA, *ante*, p. 829;

No. 02–10600. PARRADO v. UNITED STATES, *ante*, p. 832;

No. 02–10735. BRALEY v. GEORGIA, *ante*, p. 835;

No. 02–10778. MONTFORD v. MIAMI-DADE COUNTY, FLORIDA, ET AL., *ante*, p. 837;

1070

No. 02–10916. BANKS v. BOOKER, WARDEN, *ante*, p. 843;

No. 02–11024. TATE v. CAMBRA, WARDEN, *ante*, p. 849;

No. 02–11114. WORTHY v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT, *ante*, p. 855;

No. 02–11202. WARNER v. CALIFORNIA, *ante*, p. 860;

No. 03–60. LeBRETON v. PENDLETON MEMORIAL HOSPITAL ET AL., *ante*, p. 875;

No. 03–70. SHALLER v. UNITED STATES, *ante*, p. 876;

No. 03–100. MORRISON ET VIR v. UNITED STATES, *ante*, p. 877;

No. 03–113. PRESTIGE FORD v. DEALER COMPUTER SERVICES, INC., FKA FORD DEALER COMPUTER SERVICES, INC., *ante*, p. 878;

No. 03–120. CHRISTIE v. FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION ET AL., *ante*, p. 878;

No. 03–198. MEADE v. DECISIONS OF THE ORPHANS' COURT FOR ANNE ARUNDEL COUNTY ET AL., *ante*, p. 881;

No. 03–202. ZILKA v. CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL., *ante*, p. 881;

No. 03–206. HURDLE v. VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY, *ante*, p. 881;

No. 03–302. BOWMAN v. ROBINSON, ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION, *ante*, p. 882;

No. 03–5007. FAVA v. STICKMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL., *ante*, p. 882;

No. 03–5087. HODGE v. BROWNLEE, ACTING SECRETARY OF THE ARMY, *ante*, p. 887;

No. 03–5116. KIPLINGER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 889;

No. 03–5246. JOHNSON v. UNITED STATES, *ante*, p. 897;

No. 03–5290. DOWDY v. CASTERLINE, WARDEN, *ante*, p. 900;

No. 03–5335. CASANOVA v. HOBBS, WARDEN, *ante*, p. 902;

No. 03–5342. PULLIAM v. HUBBARD, WARDEN, ET AL., *ante*, p. 903;

No. 03–5374. GEITZ v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, *ante*, p. 905;

No. 03–5407. BROWNE v. UNITED STATES, *ante*, p. 907;

No. 03–5473. DARDEN v. UNITED PARCEL SERVICE, INC., *ante*, p. 911;

No. 03–5499. READO v. CAIN, WARDEN, *ante*, p. 912;

No. 03–5527.   HUBLEY v. KELCHNER, SUPERINTENDENT, CAMP HILL CORRECTIONAL INSTITUTION, ET AL., *ante*, p. 914;

No. 03–5642.   EDWARDS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, *ante*, p. 921;

No. 03–5651.   HARDY v. HARDY, *ante*, p. 951;

No. 03–5673.   PARKER v. PITCHER, WARDEN, *ante*, p. 951;

No. 03–5724.   ROGERS v. OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 923;

No. 03–5741.   HALL v. HEAD, WARDEN, *ante*, p. 924;

No. 03–5808.   MONTES-RODRIGUEZ v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 927;

No. 03–5849.   IN RE GRAHAM, *ante*, p. 944;

No. 03–5935.   SPEENER v. SMITH, WARDEN, *ante*, p. 932;

No. 03–5965.   SMITH v. HORN ET AL., *ante*, p. 958;

No. 03–5988.   GEORGY v. SNOW, SECRETARY OF THE TREASURY, *ante*, p. 933; and

No. 03–6048.   SMILEY v. UNITED STATES, *ante*, p. 935.   Petitions for rehearing denied.

No. 02–10712.   WASHINGTON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, *ante*, p. 835.   Petition for rehearing denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

DECEMBER 4, 2003

No. 03–707.   PLANO INDEPENDENT SCHOOL DISTRICT ET AL. v. CHIU ET AL.   C. A. 5th Cir.   Certiorari dismissed under this Court's Rule 46.1.

DECEMBER 8, 2003

No. 03–6734.   ARGUELLES v. UTAH.   Sup. Ct. Utah.   Certiorari dismissed under this Court's Rule 46.

No. 03–6737.   WHITE v. CITY OF MURRAY, UTAH, ET AL.   C. A. 10th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.